IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
ex rel. CHARLES KLAUSEN )
    2 Heythrop Drive )
    Ickenham )
    Middlesex UB108DT )
    United Kingdom )
)
           Plaintiff, )  CIVIL ACTION NO.
v. )  06-CV1049 (RBW)
)
BEARING POINT )
)  **FILED UNDER SEAL**
    1676 International Drive )
    McClean, VA 22102 )
)
           Defendant. )

**UNITED STATES' NOTICE OF
ELECTION TO DECLINE INTERVENTION**

      Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

      Although the United States declines to intervene, the relator has the right to maintain this action under 31 U.S.C. § 3730(c)(3). Undersigned counsel for the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which provides that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

      Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that Orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal. See 31 U.S.C. § 3730(c)(3).

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

JEFFREY BUCHOITZ
ACTING ASSISTANT ATTORNEY GENERAL
Civil Division

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

PAUL A. MUSSENDEN
Assistant United States Attorney
USAO - District of Columbia
555 4th Street, NW Rm E-4812
Washington, DC 20530
Tel: (202) 305-4740

JOYCE R. BRANDA
MICHAL TINGLE
ANDREW A. STEINBERG
Attorneys, United States Department of Justice
Civil Division
Post Office Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-1437
Fax: (202) 514-0280

DATED: 1/29, 2008.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2008, a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention was mailed by first-class mail to:

**Michael J. Beattie, Esq.**
9502 B Lee Highway
Fairfax, Virginia 22031

**Charles Klausen**
2 Heythrop Drive
Ickenham
Middlesex UB108DT
United Kingdom

PAUL A. MUSSENDEN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* CHARLES KLAUSEN<br><br>            Plaintiff,<br>v.<br><br>BEARING POINT<br><br>            Defendant. | CIVIL ACTION NO.<br>06-CV1049 (RBW) |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED,**

This _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

**Copies to:**

**Paul A. Mussenden**
Assistant United States Attorney
USAO - District of Columbia
555 4th Street, NW
Rm E-4812
Washington, DC 20530

**Andrew A. Steinberg**
Attorney, United States Department of Justice
Civil Division
Post Office Box 261, Ben Franklin Station
Washington, DC 20044

**Michael J. Beattie, Esq.**
9502 B Lee Highway
Fairfax, Virginia 22031

**Charles Klausen**
2 Heythrop Drive
Ickenham
Middlesex UB108DT
United Kingdom