**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Charles Klausen, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-1049 (RBW) |
| ) | |
| Bearing Point, ) | |
| ) | |
| Defendant ) | |

PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE

Plaintiff Charles Klausen through his undersigned counsel respectfully submits this motion, requesting a status conference in the above captioned case, to be scheduled as soon as possible.

The reason for this request is that the status of the case indicates that it is closed, and has been closed since July of 2007, yet there has been active litigation since this date, including this Court's sua sponte motion to remove the case to arbitration. The posture of the case is very unclear, and this causes significant anxiety to the plaintiff, and his attorney, considering that the docket report indicates that the case has been closed, and there   In light of this, the undersigned counsel would like to meet and discuss the status of the case, and to proceed with swift, fair, and effective resolution of the above mentioned case.

Respectfully Submitted,

_/s/_____
Michael Beattie
9480 Virginia Center Blvd,
Suite 08, Vienna, VA 22181
703-261-6361
antiwarattorney@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Charles Klausen, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-1049 (RBW) |
| | ) | |
| Bearing Point, | ) | |
| | ) | |
| Defendant | ) | |

ORDER

Upon consideration of Defendant's Motion for Status Conference, it is by the Court this

___ day of _____, 2008,

ORDERED, that the Motion is granted; and it is further

ORDERED, that a status conference will be held on _____, 2008 at ____

o'clock in the _____.

Dated: _____, 2008

_____

UNITED STATES DISTRICT COURT JUDGE

Copies to:

**Paul J. Kennedy**
LITTLER MENDELSON, PC
1150 17th Street, NW
Suite 900
Washington, DC 20036
(202) 842-3400
Fax: (202) 842-0011
Email: pkennedy@littler.com

**Andrew A. Steinberg**
U.S. DEPARTMENT OF JUSTICE
Civil DIvision
Ben Franklin Station
PO Box 261
Washington, DC 20044
(202) 616-1437
Fax: (202) 353-7661
Email: andrew.steinberg@usdoj.gov

**Michael J. Beattie**
9480 Virginia Center Blvd,
Suite 08, Vienna, VA 22181
703-261-6361
antiwarattorney@yahoo.com